# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 17-1285V
Filed: August 21, 2018
UNPUBLISHED

| | |
|---|---|
| RALPH PUTMAN,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Guillain-Barre Syndrome (GBS) |

*Brittany S. Cates*, Faxon Law Group, New Haven, CT, for petitioner.
Lynn Elizabeth Ricciardella, U.S. Department of Justice, Washington, DC, for respondent.

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On September 18, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré Syndrome ("GBS") caused in fact by the trivalent influenza vaccination he received on October 22, 2015. Petition at 1, ¶¶ 1, 12. Petitioner further alleges that he received the vaccination in the United States, suffered the residual effects of his GBS for more than six months and that neither he nor any other party has filed a civil action for his GBS, alleged as vaccine caused. *Id.* at ¶¶ 2, 13-14. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On August 20, 2018, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent states "it is respondent's position that petitioner has satisfied the criteria set forth in the revised Vaccine Injury Table (Table) and Qualifications and Aids to Interpretations (QAI), which afford petitioner a presumption of causation if the onset of GBS occurs within three to forty-two days after a seasonal influenza vaccination, and there is no apparent alternative cause. *Id.* at 5.

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master